**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "Fresh Outta High School 21," Copyright Reg. No. PA0001745669

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.33.68.45 | 2011-11-29 04:06:41 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 2 | 108.9.101.22 | 2011-12-08 18:31:20 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 3 | 108.9.176.112 | 2011-11-05 09:11:53 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 4 | 108.9.216.163 | 2011-10-27 01:16:08 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 5 | 173.168.135.134 | 2011-10-10 22:32:15 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 6 | 173.168.55.254 | 2011-11-14 03:09:40 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 7 | 173.170.19.40 | 2011-11-14 23:14:35 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 8 | 173.170.6.46 | 2011-11-18 08:14:52 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 9 | 173.171.161.51 | 2011-10-10 23:26:50 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 10 | 173.171.25.242 | 2011-11-12 11:50:29 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 11 | 173.65.118.91 | 2011-10-15 16:00:05 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 12 | 173.65.129.158 | 2011-11-26 13:22:26 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 13 | 173.65.184.151 | 2011-11-01 01:12:32 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 14 | 173.65.45.174 | 2011-11-08 23:07:16 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 15 | 173.65.45.51 | 2011-10-12 09:12:40 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 16 | 173.78.121.92 | 2011-10-30 00:12:08 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 17 | 173.78.208.253 | 2011-10-22 03:07:03 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 18 | 173.78.216.220 | 2011-10-08 07:36:57 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 19 | 173.78.237.237 | 2011-10-07 01:49:29 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 20 | 173.78.64.50 | 2011-11-19 08:42:16 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 21 | 184.88.150.86 | 2011-10-27 01:50:20 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 22 | 184.88.185.169 | 2011-11-22 21:11:35 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 23 | 184.88.218.218 | 2011-11-20 01:19:42 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 24 | 184.88.40.60 | 2011-10-10 17:48:21 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 25 | 184.91.163.39 | 2011-12-07 14:14:44 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 26 | 184.91.82.197 | 2011-12-10 20:05:18 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 27 | 24.110.70.22 | 2011-12-03 21:13:38 -0500 | EarthLink | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |

| Doe 28 | 24.129.106.112 | 2011-10-06 02:55:33 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 29 | 24.26.16.178 | 2011-10-29 06:56:43 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 30 | 24.73.0.56 | 2011-10-09 02:07:33 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 31 | 24.92.30.71 | 2011-11-06 07:28:56 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 32 | 50.128.152.91 | 2011-10-07 21:09:33 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 33 | 50.96.83.161 | 2011-11-23 19:48:35 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 34 | 65.32.125.193 | 2011-10-03 15:09:17 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 35 | 65.33.124.33 | 2011-10-15 16:08:44 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 36 | 65.33.125.154 | 2011-10-12 02:59:43 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 37 | 65.34.174.36 | 2011-10-23 14:14:40 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 38 | 65.34.194.168 | 2011-10-10 16:54:29 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 39 | 65.34.68.47 | 2011-10-04 06:01:22 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 40 | 65.35.192.139 | 2011-11-10 08:14:53 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 41 | 66.176.165.0 | 2011-10-08 14:04:30 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 42 | 66.176.57.118 | 2011-10-25 17:35:40 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 43 | 66.229.77.120 | 2011-10-10 21:09:59 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 44 | 67.8.101.139 | 2011-10-26 04:42:01 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 45 | 67.8.21.201 | 2011-10-26 19:05:29 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 46 | 68.202.103.220 | 2011-11-08 21:36:00 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 47 | 68.202.115.56 | 2011-10-08 14:22:06 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 48 | 68.202.238.216 | 2011-10-16 00:13:38 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 49 | 68.202.90.33 | 2011-11-05 01:18:02 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 50 | 68.202.91.128 | 2011-11-07 14:50:33 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 51 | 68.202.97.0 | 2011-11-07 20:44:48 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 52 | 68.202.97.241 | 2011-10-15 21:06:18 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 53 | 68.202.98.113 | 2011-11-06 22:57:12 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 54 | 68.204.0.209 | 2011-10-25 14:19:38 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 55 | 68.205.144.156 | 2011-11-05 12:58:40 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 56 | 68.205.145.235 | 2011-10-25 19:59:10 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 57 | 68.205.176.11 | 2011-12-06 18:53:18 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 58 | 68.205.27.162 | 2011-11-18 03:13:56 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 59 | 68.205.8.24 | 2011-12-03 18:36:03 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 60 | 68.35.219.92 | 2011-10-26 05:35:09 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 61 | 68.56.16.225 | 2011-10-10 08:09:48 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 62 | 68.56.67.170 | 2011-10-29 00:28:46 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 63 | 68.59.119.48 | 2011-10-15 10:41:42 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |

| Doe 64 | 68.84.27.130 | 2011-10-27 02:14:46 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 65 | 69.254.42.42 | 2011-10-20 15:07:35 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 66 | 70.119.106.197 | 2011-10-17 07:29:44 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 67 | 70.119.107.64 | 2011-11-24 20:21:42 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 68 | 70.119.222.89 | 2011-10-03 18:49:47 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 69 | 70.126.168.24 | 2011-11-26 13:55:33 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 70 | 70.126.169.36 | 2011-11-01 14:55:21 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 71 | 70.126.185.27 | 2011-10-30 09:13:59 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 72 | 70.126.64.134 | 2011-11-19 13:22:20 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 73 | 70.126.69.42 | 2011-10-10 19:23:09 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 74 | 70.126.88.193 | 2011-10-20 01:47:56 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 75 | 70.127.80.202 | 2011-12-10 21:14:43 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 76 | 70.127.81.76 | 2011-10-26 14:06:53 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 77 | 70.127.87.144 | 2011-11-03 09:09:43 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 78 | 70.187.94.108 | 2011-11-04 23:06:55 -0400 | COX COMMUNICATIONS | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 79 | 71.180.182.25 | 2011-11-20 15:11:08 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 80 | 71.180.217.253 | 2011-10-08 09:03:57 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 81 | 71.180.231.178 | 2011-10-02 22:52:15 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 82 | 71.180.88.189 | 2011-11-02 19:23:39 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 83 | 71.199.83.163 | 2011-10-12 08:23:38 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 84 | 71.203.102.206 | 2011-10-03 01:53:27 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 85 | 71.203.150.185 | 2011-10-01 03:07:19 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 86 | 71.203.164.217 | 2011-10-02 15:10:35 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 87 | 71.243.237.162 | 2011-11-27 02:32:53 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 88 | 71.41.111.121 | 2011-11-01 01:12:32 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 89 | 72.184.9.6 | 2011-10-08 01:56:10 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 90 | 72.185.160.187 | 2011-10-14 21:05:31 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 91 | 72.185.222.64 | 2011-11-07 13:30:49 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 92 | 72.186.229.20 | 2011-10-04 13:53:02 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 93 | 72.186.78.233 | 2011-10-09 14:04:59 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 94 | 72.187.101.7 | 2011-10-03 23:36:14 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 95 | 72.187.229.47 | 2011-11-01 11:07:21 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 96 | 72.188.20.79 | 2011-10-17 15:07:17 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 97 | 72.188.21.57 | 2011-10-26 01:15:32 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 98 | 72.188.216.61 | 2011-10-10 22:00:41 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 99 | 72.188.245.238 | 2011-10-05 02:59:57 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |

| | | | | | |
|---|---|---|---|---|---|
| Doe 100 | 72.189.125.115 | 2011-10-29 17:17:40 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 101 | 72.189.125.134 | 2011-11-24 18:19:11 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 102 | 72.189.127.51 | 2011-12-02 20:44:27 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 103 | 72.189.157.182 | 2011-11-29 02:59:54 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 104 | 72.64.239.168 | 2011-10-25 11:18:22 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 105 | 72.91.130.181 | 2011-10-28 13:43:33 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 106 | 72.91.226.214 | 2011-10-07 19:47:51 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 107 | 75.202.152.67 | 2011-10-07 02:25:57 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 108 | 75.74.110.82 | 2011-10-09 08:30:32 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 109 | 75.76.157.207 | 2011-11-27 11:31:54 -0500 | Knology | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 110 | 76.101.123.185 | 2011-10-03 22:41:04 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 111 | 76.106.156.136 | 2011-10-03 23:10:42 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 112 | 76.108.121.19 | 2011-10-18 16:31:46 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 113 | 76.108.84.93 | 2011-10-19 02:40:17 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 114 | 76.109.141.253 | 2011-10-02 21:09:14 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 115 | 76.109.198.218 | 2011-10-12 18:53:36 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 116 | 76.110.14.47 | 2011-10-19 02:14:48 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 117 | 76.110.174.152 | 2011-10-08 19:55:52 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 118 | 76.110.65.78 | 2011-10-09 21:09:56 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 119 | 76.26.169.122 | 2011-10-26 02:31:03 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 120 | 76.26.191.229 | 2011-10-08 02:13:40 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 121 | 96.243.182.78 | 2011-10-03 18:34:38 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 122 | 96.243.193.63 | 2011-11-08 23:07:16 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 123 | 96.243.253.130 | 2011-10-03 18:04:40 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 124 | 96.254.1.167 | 2011-12-09 01:46:28 -0500 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 125 | 96.254.147.21 | 2011-10-05 20:54:02 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 126 | 96.254.93.150 | 2011-10-24 23:06:55 -0400 | Verizon Internet Services | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 127 | 97.100.128.157 | 2011-12-03 05:43:54 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 128 | 97.100.66.104 | 2011-10-04 03:09:01 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 129 | 97.100.84.126 | 2011-10-29 23:10:14 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 130 | 97.101.162.226 | 2011-12-06 00:30:46 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 131 | 97.101.165.0 | 2011-11-06 07:23:37 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 132 | 97.102.186.168 | 2011-11-04 01:18:12 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 133 | 97.103.146.6 | 2011-11-03 00:27:52 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 134 | 97.103.176.34 | 2011-10-27 14:03:47 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 135 | 97.103.177.82 | 2011-12-06 18:00:37 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |

| Doe 136 | 97.103.177.89 | 2011-10-04 00:11:01 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 137 | 97.104.1.59 | 2011-10-24 20:05:28 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 138 | 97.104.134.2 | 2011-12-06 21:06:07 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 139 | 97.104.17.52 | 2011-11-16 09:21:17 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 140 | 97.96.159.98 | 2011-10-28 01:31:11 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 141 | 97.96.18.71 | 2011-10-24 00:54:44 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 142 | 97.96.60.183 | 2011-10-14 09:05:45 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 143 | 97.97.114.219 | 2011-10-02 23:51:36 -0400 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 144 | 97.97.118.76 | 2011-11-11 02:59:09 -0500 | Road Runner | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 145 | 98.211.251.245 | 2011-10-19 20:10:15 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 146 | 98.224.35.32 | 2011-10-15 00:02:57 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 147 | 98.230.72.60 | 2011-10-04 20:43:30 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 148 | 98.242.243.113 | 2011-10-28 20:09:50 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 149 | 98.249.165.97 | 2011-10-17 04:12:11 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |
| Doe 150 | 98.254.62.90 | 2011-10-29 09:21:04 -0400 | Comcast Cable | BitTorrent | 634a92ef45af970b4e11387477798e99e176108b |