

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Fresh Outta High School
Search Results: Displaying 14 of 22 entries

◀ previous    next ▶

Labeled View

### Fresh Outta High School #21.

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001745669 / 2011-07-05 |
| **Application Title:** | Fresh Outta High School #21. |
| **Title:** | Fresh Outta High School #21. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Digital Sin Inc. Address: 21345 Lassen Street, Chatsworth, CA, 91311, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-06-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Digital Sin Inc. (author of anonymous contribution), employer for hire; Domicile: not known; Citizenship: not known. Authorship: entire motion picture. |
| **Names:** | Digital Sin Inc. |

◀ previous    next ▶

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over